UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA YOLANDA SCHROEDER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-00025-WBS-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

　　　　Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from June 12, 2025, through and including July 14, 2025. (Doc. 14).

　　　　For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a response to the motion for summary judgment by no later than **July 14, 2025**.

2. Any optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 3 ¶ 5).

IT IS SO ORDERED.

　　Dated:　**June 9, 2025**　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE