**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA YOLANDA SCHROEDER, | ) Case No.: 1:24-cv-00025 WBS SKO |
| Plaintiff, | ) |
| | ) ORDER ADOPTING IN FULL THE FINDINGS |
| | ) AND RECOMMENDATIONS RECOMMENDING |
| v. | ) THAT PLAINTIFF'S MOTION FOR SUMMARY |
| | ) JUDGMENT BE DENIED AND THE FINAL |
| | ) DECISION OF THE COMMISSIONER OF |
| FRANK BISIGNANO, | ) SOCIAL SECURITY BE AFFIRMED |
| Commissioner of Social Security,[1] | ) |
| Defendant. | ) |
| | ) (Docs. 12, 19) |
| | ) |

On January 5, 2024, Plaintiff Lisa Yolanda Schroeder ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner" or "Defendant") denying her application for disability insurance benefits ("DIB") under the Social Security Act (the "Act"). (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be denied and the final decision of the Commissioner be affirmed. (Doc. 19.) The magistrate judge recommended that the decision be

---

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07. He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

1

affirmed because the ALJ properly relied on evidence in the record that undermined the credibility of Plaintiff's allegations of disabling symptoms and limitations. (*See id*.)

The parties were granted fourteen days from the date of service to file any objections to the findings and recommendations of the magistrate judge. (Doc. 19 at 1, 16.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id.* at 16, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). On June 4, 2026, Plaintiff timely filed objections. (Doc. 20.) Plaintiff argues that the magistrate judge made the same mistake in her findings and recommendations that the Ninth Circuit rejected in Lambert v. Saul, 980 F.3d 1266, 1278 (9th Cir. 2020). However, the magistrate judge distinguished Lambert, pointing out that the Ninth Circuit there held that its "cases do not require ALJs to perform a line-by-line exegesis of the claimant's testimony, nor do they require ALJs to draft dissertations when denying benefits." Id. at 1277. (Doc. 19 at 10-11.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, including Plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed May 21, 2026 (Doc. 19) are **ADOPTED IN FULL**;

2. Plaintiff's motion for summary judgment (Doc. 12) is **DENIED;**

3. The final decision of the Commissioner of Social Security is **AFFIRMED**; and

4. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Lisa Yolanda Schroeder, and to **CLOSE** this action.

Dated: June 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2